**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　MARGARET A. KEADY<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:13-21759<br><br>Chapter 13<br>Related to:<br>Document No.:　120<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

　　AND NOW, this ___10th___ day of ___July___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    kmt

FILED
7/10/18 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 13-21759-CMB
Margaret A. Keady                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 2    Date Rcvd: Jul 10, 2018
                   Form ID: pdf900    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.
```
db             +Margaret A. Keady,   15 Hillcrest Road,    Pittsburgh, PA 15221-3651
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
cr             +PNC Bank, N.A.,   P.O. Box 94982,    Cleveland, OH 44101-4982
13637619      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, Texas   76096)
13638466       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
13622905      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 15019,   Wilmington, DE 19886)
13622906        Bank of America,    PO Box 15019,   El Paso, TX 79998
13622908       +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
13632218       +Credit First NA,   Po Box 818011,    Cleveland, OH 44181-8011
13648475       +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13622911       +Firestone,   PO Box 81410,    Cleveland, OH 44181-0410
13622913       +GM Financial,    PO Box 183834,   Arlington, TX 76096-3834
13622914       +PNC Bank,   PO Box 747032,    Pittsburgh, PA 15274-7032
13639822       +PNC Bank,   P.O. Box 94982,    Cleveland, OH 44101-4982
13715471       +Woodland Hills SD,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: giglmi@whsd.net Jul 11 2018 02:15:49     Woodland Hills School District,
                 Administrative Office,    2430 Greensburg Pike,   Pittsburgh, PA 15221-3611
13622907       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 02:11:00      Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
13622910        E-mail/Text: mrdiscen@discover.com Jul 11 2018 02:15:05     Discover Card,   PO Box 3008,
                 New Albany, OH 43054
13629014        E-mail/Text: mrdiscen@discover.com Jul 11 2018 02:15:05     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13644492       +E-mail/Text: kburkley@bernsteinlaw.com Jul 11 2018 02:15:42      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13622912       +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 02:11:33      GE Capital Walmart,
                 PO Box 530927,   Atlanta, GA 30353-0927
13689756        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2018 02:10:58
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
13622909*      +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Jul 10, 2018
                              Form ID: pdf900         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:

      James Warmbrodt    on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Woodland Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
      Lauren M. Lamb    on behalf of Debtor Margaret A. Keady julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                               TOTAL: 6