**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARGARET A. KEADY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:13-21759 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/24/2013 and confirmed on 06/10/2013. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,010.00 |
| Less Refunds to Debtor | 1,080.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,930.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,581.00 | |
|   Trustee Fee | 2,708.24 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,289.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 42,330.13 | 0.00 | 42,330.13 |
|     Acct: 9765 | | | | |
|   WOODLAND HILLS SD (FOREST HILLS)(RE | 2,046.19 | 2,046.19 | 430.57 | 2,476.76 |
|     Acct: XXXXR-48 | | | | |
|   WOODLAND HILLS SD (FOREST HILLS)(RE | 363.52 | 363.52 | 0.00 | 363.52 |
|     Acct: XXXXR-48 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA C | 3,575.97 | 3,575.97 | 228.30 | 3,804.27 |
|     Acct: 0326 | | | | |
| | | | | 48,974.68 |
| Priority | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARGARET A. KEADY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARGARET A. KEADY | 1,080.00 | 1,080.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,581.00 | 2,581.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |

### Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY* | 222.83 | 125.64 | 0.00 | 125.64 |
| Acct: 5003 | | | | |
| FIA CARD SERVICES NA | 3,922.69 | 2,211.74 | 0.00 | 2,211.74 |
| Acct: 8635 | | | | |
| FIA CARD SERVICES NA | 6,615.97 | 3,730.30 | 0.00 | 3,730.30 |
| Acct: 8800 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,752.73 | 988.25 | 0.00 | 988.25 |
| Acct: 2879 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,733.33 | 2,104.97 | 0.00 | 2,104.97 |
| Acct: 3543 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,852.59 | 1,608.38 | 0.00 | 1,608.38 |
| Acct: 7727 | | | | |
| DISCOVER BANK(*) | 7,196.53 | 4,057.63 | 0.00 | 4,057.63 |
| Acct: 1206 | | | | |
| CREDIT FIRST NA* | 1,125.25 | 634.45 | 0.00 | 634.45 |
| Acct: 6686 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 363.09 | 204.72 | 0.00 | 204.72 |
| Acct: 9517 | | | | |
| | | | | 15,666.08 |

**TOTAL PAID TO CREDITORS**    64,640.76

TOTAL CLAIMED
PRIORITY      0.00
SECURED    5,985.68
UNSECURED   27.785.01

Date: 08/06/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com